# Order

Lansing, Michigan

September 14, 2006

Rehearing No. 530

7 March 2006

127715

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANN COBLENTZ, LEE COBLENTZ, JOHN
LEWANDOWSKI and DEBORAH
LEWANDOWSKI,
            Plaintiffs-Appellants,

v

CITY OF NOVI,
            Defendant-Appellee.

SC: 127715
COA: 255359
Oakland CC: 03-046760-CZ

_____

        In this cause, a motion for rehearing is considered and it is DENIED.

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006

Clerk